UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


F I L E D
CLERK, U.S. DISTRICT COURT
06/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IGU___ DEPUTY

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br><br>　　　　　v.<br><br>MATHEW R. BOWYER,<br><br>　　　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR　　8:24-cr-00080-HDV<br><br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

　United States v. Ippei Mizzuhara, Case No. CR 24-CR-54-JWH, which:

　　__x__　was previously assigned to the Honorable John W. Holcomb;

　　_____　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__x__　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any):

Dated: June 21, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOMINIQUE CAAMANO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney