2  Diane C. Bass, State Bar # 155670
Law Office of Diane C. Bass
3  5440 Trabuco Road
Irvine, California 92620
4  Telephone: (949) 494-7011
Email: Diane@dbasslaw.com

5  Attorney for Defendant
Mathew Bowyer
6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                                    )  Case No.: 8:24-CR-00080-JWH
UNITED STATES OF AMERICA,             )
11                                    )  STIPULATION REQUESTING AN ORDER
         Plaintiff,                   )  PERMITTING DEFENDANT, MATHEW
12                                    )  BOWYER, PERMISSION TO TRAVEL TO
    vs.                               )  ITALY FROM OCTOBER 1, 2024 TO
13                                    )  OCTOBER 11, 2024 AND PERMISSION
MATHEW BOWYER                         )  FOR RETURN OF PASSPORT
14                                    )
         Defendant                    )
15

16

17     Defendant, Mathew Bowyer, by and through his attorney of

18  record, Diane C. Bass, and The United States of America, by and

19  through Assistant U.S. Attorney Jeff Mitchell, hereby stipulate

20  as follows:

21    1. Defendant entered a guilty plea in this case on August 9,

22       2024. Sentencing is currently set on February 7, 2025, at

23       2:00 PM.

24    2. Defendant's travel is currently restricted to the Central

25       District of California. Court permission is required for

26       travel outside of the Central District.


                        STIPULATION FOR REQUEST TO TRAVEL

3. Defendant is seeking permission to travel to Florence, Italy for his father in law's 70th birthday. He hopes to depart on October 1, 2024, and return on October 11, 2024. Defendant will provide his itinerary to pretrial services and report to pretrial within 48 hours of his return.

4. Defendant is seeking the return of his passport for the purpose of this trip. He will return his passport within 48 hours of his return.

5. The government does not object to this request.

6. Counsel has spoken with pretrial services who also do not object to this request.

7. The parties, therefore, stipulate that defendant's request to travel be approved.


     It is so stipulated.


Dated: August 29, 2024          Respectfully submitted,
                                 __/s/_Diane C. Bass____
                                Diane C. Bass
                                Attorney for Defendant
                                Mathew Bowyer


Dated: August 29, 2024           __/s/ with email authorization
                                Jeff Mitchell
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                United States of America

     In accordance with L.R.5-4.3.4, the filer attests that all signatures listed and on whose behalf this filing is authorized concur this filing's content and have authorized filing.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION FOR REQUEST TO TRAVEL