|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 8:24-CR-00080-JWH |
|---|---|---|
| Plaintiff, | ) | ORDER PERMITTING DEFENDANT MATHEW BOWYER PERMISSION TO TRAVEL TO ITALY FROM OCTOBER 1, 2024, TO OCTOBER 11, 2024 |
| vs. | ) | |
| MATHEW BOWYER, | ) | |
| Defendant | ) | |

ORDER PERMITTING DEFENDANT ZELENE CHARLES PERMISSION TO TRAVEL

Good cause having been found, it is hereby **ORDERED** as follows:

1. Defendant Mathew Bowyer is permitted to travel to Italy from October 1, 2024, to October 11, 2024, and to have his passport returned to him for the purpose of this trip.

2. Defendant shall provide his itinerary to pretrial services prior to travel and shall report to pretrial services and return his passport within 48 hours of returning to the Central District of California.

**IT IS SO ORDERED.**

Dated: August 30, 2024

_____
HONORABLE JOHN HOLCOMB
DISTRICT COURT JUDGE

ORDER PERMITTING DEFENDANT ZELENE CHARLES PERMISSION TO TRAVEL