Diane C. Bass State Bar No. 155670
Law Office of Diane C. Bass
A Professional Law Corporation
5440 Trabuco Road
Irvine, CA 92620
Telephone: (949) 494-7011
Email: diane@dbasslaw.com

Attorney for Defendant
Matthew Bowyer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MATTHEW BOWYER<br>          Defendant | Case No.: 8:24-CR-00080-JWH<br><br>EX PARTE APPLICATION FOR MODIFICATION OF ORDER PERMITTING TRAVEL |

On September 3, 2024, the court signed an order permitting Matthew Bowyer to travel to Italy from October 1, 2024, to October 11, 2024. Mr. Bowyer is requesting permission to spend the last few days of his trip in Turkey. He is requesting permission to fly from Italy to Turkey on October 7, 2024, and return to the United States from Turkey on October 11, 2024.

Pretrial services has no objection to this request.

EX PARTE APPLICATION FOR MODIFICATION OF ORDER PERMITTING TRAVEL

Defense counsel has conferred with government counsel. He has no objection to this request.

Therefore, it is hereby requested that the order permitting travel provide that Matthew Bowyer be modified so that her may travel to Italy on October 1, 2024. He may travel from Italy to Turkey on October 7, 2024, and return to the United States on October 11, 2024. He has permission to obtain his passport for the purpose of travel. He has provided his itinerary to pretrial services. He will return his passport within 48 hours of his return.

Dated: September 30, 2024

                                            Respectfully submitted,

                                            /s/Diane C. Bass
Diane C. Bass
Attorney for Defendant
Matthew Bowyer

EX PARTE APPLICATION FOR MODIFICATION OF ORDER PERMITTING TRAVEL