1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      ) Case No.: 8:24-CR-00080-JWH
                                   )
11          Plaintiff,             ) ORDER PERMITTING TRAVEL
                                   ) MODIFICATION FOR DEFENDANT
12      vs.                        ) MATHEW BOWYER TO TRAVEL FROM
                                   ) ITALY TO TURKEY
13  MATHEW BOWYER,                 )
                                   )
14          Defendant              )
                                   )
15  ─────────────────────────────

16
17
18
19
20
21
22
23
24
25
26
27         ORDER PERMITTING DEFENDANT ZELENE CHARLES PERMISSION TO TRAVEL

Good Cause Having Been Found, the Court hereby **ORDERS** as follows:

1. Defendant Mathew Bowyer's order permitting travel is **MODIFIED** so that he may travel to Italy on October 1, 2024.

2. Specifically, Defendant may travel from Italy to Turkey on October 7, 2024, and return to the United States on October 11, 2024.

3. Defendant has permission to obtain his passport for the purpose of travel.

4. Defendant has provided his itinerary to pretrial services.

5. Defendant is **DIRECTED** to return his passport within 48 hours of his return.

**IT IS SO ORDERED.**

Dated: October 1, 2024

_____
HONORABLE JOHN HOLCOMB
U.S. DISTRICT COURT JUDGE