```
Diane C. Bass, State Bar # 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, California 92620
Telephone: (949) 494-7011
Email: Diane@dbasslaw.com

Attorney for Defendant
Mathew Bowyer
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATHEW BOWYER<br><br>　　　　Defendant | Case No.: 8:24-CR-00080-JWH<br><br>STIPULATION TO CONTINUE SENTENCING HEARING FROM FEBRUARY 7, 2025, TO APRIL 4, 2025 |

　　　Defendant, Mathew Bowyer, by and through his attorney of record, Diane C. Bass, and The United States of America, by and through Assistant U.S. Attorney Jeff Mitchell, hereby stipulate as follows:

　1. Defendant entered a guilty plea in this case on August 9, 2024.
　2. Defendant's sentencing hearing is currently set for February 7, 2025, at 2:00 PM.
　3. Defense counsel has been addressing serious family medical issues which has affected her ability to prepare her client

STIPULATION TO CONTINUE SENTENCING HEARING

     for the probation interview, which she views as a critical component of her client's defense.

4. Defense counsel needs additional time to prepare client for the probation interview.

5. Defense counsel is seeking to continue the sentencing until April 4, 2025.

6. The government does not object to this request.

7. The parties, therefore, stipulate that defendant's request to continue the sentencing hearing be approved.

     It is so stipulated.

Dated: November 26, 2024     Respectfully submitted,
                                         /s/ Diane C. Bass
                                         Diane C. Bass
                                         Attorney for Defendant
                                         Mathew Bowyer

Dated: November 26, 2024     /s/ with email authorization
                                         Jeff Mitchell
                                         Assistant United States Attorney
                                         Attorney for Plaintiff
                                         United States of America

     In accordance with L.R.5-4.3.4, the filer attests that all signatures listed and on whose behalf this filing is authorized concur this filing's content and have authorized filing.

STIPULATION TO CONTINUE SENTENCING HEARING