UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:24-CR-00080-JWH |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING FROM FEBRUARY 7, 2025, |
| vs. | ) | TO APRIL 4, 2025 |
| | ) | |
| MATHEW BOWYER, | ) | |
| | ) | |
| Defendant | ) | |

ORDER CONTINUING SENTENCING HEARING

     Good cause having been found, it is hereby **ORDERED** that the Sentencing Hearing in this matter is **CONTINUED** from February 7, 2025, to April 4, 2025, at 2:00 p.m.

     **IT IS SO ORDERED.**

Dated: November 27, 2024

_____
HONORABLE JOHN HOLCOMB
U.S. DISTRICT COURT JUDGE

ORDER CONTINUING SENTENCING HEARING