Diane C. Bass, State Bar # 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, California 92620
Telephone: (949) 494-7011
Email: Diane@dbasslaw.com

Attorney for Defendant
Mathew Bowyer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:24-CR-00080-JWH |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING FROM OCTOBER 3, 2025, TO AUGUST 29, 2025 |
| vs. | |
| MATHEW BOWYER | |
| Defendant | |

Defendant, Mathew Bowyer, by and through his attorney of record, Diane C. Bass, and The United States of America, by and through Assistant U.S. Attorney Kristen Williams, hereby stipulate as follows:

1. Defendant entered a guilty plea in this case on August 9, 2024.

2. Defendant's sentencing hearing is currently set for October 3, 2025, at 2:00 PM.

3. Defendant's Presentence Report was issued and filed with the court on March 3, 2025.

STIPULATION TO CONTINUE SENTENCING HEARING

4. The defendant wishes to advance his sentencing in order to have finality.
5. Defense counsel is seeking to advance the sentencing to August 29, 2025.
6. The government does not object to this request.
7. The parties, therefore, stipulate that defendant's request to advance the sentencing hearing be approved.

It is so stipulated.

Dated: July 17, 2025          Respectfully submitted,
                              ___/s/ Diane C. Bass____
                              Diane C. Bass
                              Attorney for Defendant
                              Mathew Bowyer

Dated: July 17, 2025          ___/s/ with email authorization
                              Kristen Williams
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              United States of America

    In accordance with L.R.5-4.3.4, the filer attests that all signatures listed and on whose behalf this filing is authorized concur this filing's content and have authorized filing.

STIPULATION TO CONTINUE SENTENCING HEARING