Diane C. Bass State Bar Number 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, California 92620
Telephone: (949) 494-7011
Email: Diane@dbasslaw.com

Attorney for Defendant
Mathew Bowyer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 8:24-CR-00080-JWH |
| Plaintiff, | ) [PROPOSED] ORDER ADVANCING |
| vs. | ) SENTENCING HEARING FROM OCTOBER |
| MATHEW BOWYER, | ) 3, 2025 TO AUGUST 29, 2025 |
| Defendant | ) |

     IT IS SO ORDERED THAT Good Cause Having Been Found, the
Sentencing Hearing in this matter is advanced from October 3,
2025, to August 29, 2025 at 2:00 PM.

Dated:

                              _____
                              HONORABLE JOHN HOLCOMB
                              DISTRICT COURT JUDGE

                [PROPOSED] ORDER CONTINUING SENTENCING HEARING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING SENTENCING HEARING