# Exhibit "B"

Dear Judge,

My name is Lauren Weiss, and I am the eldest daughter of Mathew Bowyer. I am writing to you with a sincere and heavy heart, hoping to offer a fuller picture of the man I have known and loved my entire life, my dad.

My dad became a parent at just 19 years old, and throughout my life, he has been my rock. Whether it was spending his weekend at my cheer competitions, cheering me on from the sidelines of a soccer field, or standing proudly at every graduation and milestone, I never had to wonder if he'd show up. He always did. He's been my constant, the person I could always turn to.

Over the last couple of years, I have seen a side of my dad that has deeply moved me. He's become more introspective, vulnerable, and open to growth. It's clear to me, that he fully understands the gravity of his current circumstances. But more than that, he has taken full accountability. He has not deflected, blamed, or made excuses. Instead, he has leaned into the discomfort of growth, determined to rise from this as a better man.

What stands out most to me about my dad is his sincerity. His remorse is not performative, it's something we see in the way he interacts with us, the way he listens now, and the quiet moments where his heart speaks louder than his words. He is working every day to become a better dad, a better husband, and a better person.

As the oldest sibling, I've always felt a natural responsibility to look out for everyone else. My younger siblings are still at such vulnerable, formative ages. They need their dad's guidance, love, and stability now more than ever. I worry about the emotional trauma they might experience if he's taken away during this critical stage in their lives.

Even at 30 years old, I still need my dad. He's not just my dad, he's my best friend. I'm incredibly grateful for the strong bond we share. I hope to start my own family soon, and the thought of my dad missing out on those moments is devastating to me. These are very real fears that weigh heavily on my heart. We all need him. Not just as a parent, but as the heart of our family.

I understand the seriousness of this situation, and I am not asking for leniency without reason. I only ask that you consider the person behind the circumstances— the dad who has raised us with love, the man who is learning from his mistakes, and the anchor who keeps our family steady in uncertain times.

On behalf of myself and my family, I ask that you consider the good in him, the growth he's shown, and the essential role he plays in our lives. We still need him; now more than ever.

Thank you for your time and consideration.

Respectfully,

Lauren Weiss

Dear Honorable Judge,

I am writing this letter to provide a character reference for my dad, Matt Bowyer. As I reflect on the profound influence my dad has had on my life, I am moved to share how he has shaped me with his love and support. I hope that this letter does some justice to the kind and dedicated individual he is. My dad has always been a pillar of unwavering support, love, and guidance in my life.

Growing up, my dad has been my biggest champion, both financially and emotionally, through every chapter of my journey. He was always there for my cheerleading endeavors, driving me to practices, his cheers echoing louder than anyone else's, even on days when I felt unsure of myself. Financially, he always made sure I had everything—from uniforms to private vocal lessons—without ever making it feel like a burden. He poured his heart into supporting my passions, ensuring I had every opportunity to pursue my dreams. His emotional presence definitely moved me; he built my confidence and taught me to pursue what I love without fear.

After years of dreaming of moving away and making my destiny, I finally took the leap and moved to New York City last February, a decision that filled me with excitement and absolute nervousness. My dad was my steadfast partner in this adventure from the second I told him the idea—he helped me pack up my life, shared heartfelt stories of his own youthful risks to ease my worries, and made sure I never gave up on myself. Financially, he made it possible by covering the deposit on my apartment, buying half of my furniture, and told me if I really do not like it here, that I always have a room back home. Emotionally, his constant check-ins and facetimes, kept me grounded.

My dad has consistently demonstrated honesty, support, and respect for others no matter their background or situation in life. I have witnessed him supporting friends and even strangers in times of need and displaying endless amounts of genuine concern for the well-being of those around him.

While I fully acknowledge the mistakes that have led to this point, and my heart is heavy with it, I believe that my dad has immense regrets in his decisions and is committed to making amends. I am beyond confident that my dad will and has already started to learn from this experience and will continue to contribute positively to society. I respectfully ask that you consider leniency in his sentencing, allowing him to remain the pillar our family deeply relies on.

Not only myself, even more so my little siblings, need my dad by my side more than ever. I cannot imagine the holidays without his support and love, lunch dates and texts/phone calls to catch up that bring us closer, and the simple joys of being together as a family. His presence has always been our family's source of stability and love, turning everyday experiences into cherished memories. He is simply our family's glue. He's taught not only me, but all of my siblings to believe in ourselves and the importance of family bonds, and I pray every day for him to keep being that guiding light.

Thank you for taking the time to consider my perspective. Should you require any additional information or clarification, please do not hesitate to contact me.

Sincerely,

Haley Bowyer

Dear Your Honor,

My name is Sage Bowyer, and I'm a 14-year-old freshman at JSerra Catholic High School. I play on the frosh-soph volleyball team and for my club team, 949. Volleyball and school are my passions, and one of the best parts of both is having my dad there to cheer me on. He's been at almost every game and event, always supporting me, lifting me up, and reminding me to believe in myself.

One of the things I love most about my dad is how he always tells me he's proud of me, that I'm beautiful, and that I can accomplish anything if I give 110%. He's not just my father—he's my mentor. He's taught me to work hard, be honest, and give my best effort in everything I do, because that's how he lives his life.

Your Honor, I'm asking from the bottom of my heart for you to please let my dad be home with me, my little brother, and my sisters. It would be devastating to lose him, even for a short time. My dad has taken responsibility for what happened and has been honest with our family about the mistakes he's made. He's shown us that it's not just about the mistake—it's about how you respond, learn, and grow afterward.

My mom doesn't have a husband or boyfriend, so my dad is the only male figure I have to look up to, besides my grandpa who lives far away in Kansas City. My dad is a huge part of my life, and I can't imagine going through high school without him here.

Thank you so much for taking the time to read my letter and for considering my feelings. I hope you can see that my dad has learned from his mistakes and that he means everything to me.

Sincerely,
Sage Bowyer

Dear Judge,

My name is Brooke, and I am the daughter of Mathew Bowyer. I wanted to share with you the kind of man my dad is, to not only me, but to everyone lucky enough to know him. When I think about my dad, the first word that comes to mind is strong. He has been my rock supporting me through every step in my life from my first sports games to cheering me on as I walked across the stage at the University of Oregon. Him struggling with me trying to help me with my homework and putting me in the best schools a girl could've asked for. I always knew my dreams were possible because he showed me what hard work looked like teaching me that focusing and putting in the work on my goals/dreams would pay off. All while taking the stress of student debt off my back ensuring education was something he would always provide for. His sacrifices for me were never small. He worked tirelessly so I could attend a private high school, giving me opportunities he never had himself. Every paper I wrote, every exam I studied for, I knew I had someone who believed I could do it and more. He instilled values of determination, responsibility, confidence, and supporting your loved ones. I cannot imagine my life without my dad or who I would be without him. I hope you will consider not just the few qualities I have told you, but the lifetime of memories and support he has given to his family and friends. He has always been there no matter what life threw in our way from covid to long distance miles even states away and I know we could go through anything together. Thank you for taking the time to hear my words and understand the man I am lucky enough to call my dad.

Sincerely,

Brooke Bowyer

The Honorable Judge John W. Holcomb
U.S. District Judge
Ronald Reagan Federal Building and U.S. Courthouse
411 W. 4th Street
Santa Ana, California 92701-4516, Courtroom 9D, 9th Floor

      Re: U.S. v. Mathew Bowyer

Dear Judge Holcomb,

My name is Nicole Bowyer, and I am proud to call myself Matthew Bowyer's wife. Over the past ten years, I have had the privilege of building a life with him—a life that has been filled with love, challenges, and growth. I write to you today to share a deeper understanding of the man behind the charges, a man who has taken extraordinary steps to better himself and his family.

When I first met Matt, our lives were worlds apart. He was a father of four daughters, navigating a fast-paced lifestyle that often revolved around work, travel, and, unfortunately, gambling. Our introduction was unconventional—a mutual friend set us up after a round of golf—but from the moment we connected, it was clear there was something special. I remember how shy I was, hesitant even to return his calls, but after our first real date, everything fell into place.

Matt's unwavering determination quickly became one of the traits I admired most about him. Early in our relationship, I shared my dream of having a child, even though Matt had already undergone a vasectomy. Without hesitation, he pursued a reversal so that we could start a family together. When our son was born, Matt's joy was boundless—finally having a son after raising daughters brought out an even deeper, more tender side of him. Watching him bond with all of his children, embracing his role as a father with unmatched devotion, has been one of the greatest joys of my life.

Matt is a man of action, a "go-getter" in every sense of the word. Once he sets his mind to something, he follows through, no matter how difficult the path. This same tenacity extends to his relationships. Whether as a husband, father, or friend, Matt is fiercely loyal and dependable. He does not waver in his commitment to those he loves, even when it comes at a personal cost.

Many people see Matt as stoic and unshakable, but those closest to him know how deeply sensitive he is. He carries the weight of his responsibilities quietly, often shielding others from his internal struggles. I recall a particularly difficult time when we were staying at Resort World, and Matt was facing the darkest moments of his gambling addiction. Outwardly, he maintained a calm and composed demeanor, but privately, I witnessed the toll it took on him. He would break down, trembling from the pressure and pain, yet even in those moments, he shielded others from his burden.

This legal ordeal, as painful as it has been, has been a catalyst for transformation. The man Matt is today is profoundly different from the man he was before. He has confronted his past behaviors with honesty and determination, acknowledging the harm caused and committing himself to change. He has worked tirelessly to overcome his gambling addiction, choosing to focus on what truly matters: our family and his personal growth.

A story that exemplifies Matt's character happened recently when he had an important business dinner with Rolling Stone. That same evening, our son became ill. Without hesitation, Matt canceled the meeting and rushed home to be with us, staying up all night to care for our child. This is who Matt is at his core—a man who places his family above all else, even when it might come at a professional or personal cost.

Matt's journey has been anything but easy. He has faced setbacks, including the loss of friendships and the heavy burden of providing for our family. Yet through it all, he has remained steadfast in his desire to grow and improve. I believe this experience, while painful, has been a blessing in disguise. It has stripped away the distractions and grounded him in what truly matters.

As his wife, I have seen firsthand the strides Matt has made to better himself, not just for his own sake but for the sake of those who depend on him. He is a man of immense potential, capable of making a meaningful and positive impact on our family and our community. I hope this letter provides you with a glimpse into the man Matt truly is—flawed, yes, but also resilient, loving, and determined to redeem himself.

Thank you for your time and consideration.

Respectfully,
Nicole Bowyer

The Honorable Judge John W. Holcomb

U.S. District Judge

Ronald Reagan Federal Building and U.S. Courthouse

411 W. 4th Street

Santa Ana, California 92701-4516, Courtroom 9D, 9th Floor

      Re: U.S. v. Mathew Bowyer

Dear Judge Holcomb:

I am writing this letter as Matthew Bowyer's mother. As someone who has known Matt all his life, I hope to provide a perspective on the man he is beyond the circumstances that bring him before you today. My intention is not to excuse his actions but to share insight into his character, his struggles, and his capacity for growth.

When Matt's biological father left us, he was only a child, yet he felt compelled to shoulder responsibilities far beyond his years. At an age when most boys are still figuring out who they are, Matt was delivering newspapers, working at gas stations, and doing whatever he could to help support our family. I can vividly recall him giving up his free time to make sure there was food on our table. This sense of responsibility and determination defined Matt from an early age, and it's a trait that has stayed with him through life.

One thing that stands out about Matt is his deep capacity for love and loyalty. He has always been the kind of person who places others' needs above his own, whether it's family, friends, or even acquaintances. Within our family, he's been a mentor to younger members, someone they look up to for guidance and support. Matt's charm and magnetic personality have drawn people to him, but it's his loyalty and authenticity that make them stay. He has always believed in standing by his loved ones, even when it's not easy. I know he has suffered because of this loyalty, as some people have taken advantage of his generosity.

Matt's honesty is another defining trait. While his actions that led to this case reflect a lapse in judgment, in his personal relationships, he's always been truthful, even when the truth was

uncomfortable. I'll never forget when he was just a teenager and came home to tell me about trouble he and his friends had gotten into before I could hear it from anyone else. That kind of transparency takes courage, and it's a value he has carried into adulthood. Matt's openness about his mistakes now reflects that same integrity.

I would also like to acknowledge the challenges Matt has faced, particularly his struggles with addiction. I've long known that Matt had an addictive personality, and I prayed every day for him to find the strength to overcome it. Gambling became a particular struggle, one that clouded his judgment and contributed to the decisions he now deeply regrets. However, I see this moment as a turning point for Matt. He has confronted the reality of his actions and is working toward a better path, one defined by accountability and growth.

One memory that speaks volumes about Matt's character occurred when he was 13. He approached me and told me I needed to divorce his father, a man struggling with addiction who had caused great pain to our family. For a child to recognize such a difficult truth and have the courage to voice it showed remarkable maturity and clarity. Even as a young boy, Matt had a strong moral compass and a deep understanding of what was best for those he loved.

While Matt's actions have brought him to this point, I believe they do not define the man he is or the man he is striving to become. He is a loving father to his children, a supportive son, and someone who is learning from his mistakes. I fear that a harsh sentence would not only hinder his progress but also rob his children of the father they desperately need.

Your Honor, I ask you to consider the full picture of Matthew Bowyer as a person—his struggles, his growth, and his potential for redemption. He has learned hard lessons about accountability, and I am confident he will use these lessons to contribute positively to his family and community moving forward. I thank you for your time and for allowing me to share these reflections.

Respectfully,

Linda Cooper

The Honorable Judge John W. Holcomb
U.S. District Judge Ronald Reagan Federal Building and U.S. Courthouse
411 W. 4th Street
Santa Ana, California
92701-4516, Courtroom 9D, 9th Floor


Dear Judge Holcomb,

I first met Matt when he was 18, just out of high school. That was over 30 years ago. At the time, he was independent and determined to find his own way. We weren't particularly close initially, as Matt didn't live at home much. Over the years, I've had the opportunity to watch him grow, face challenges, and develop into someone who is honest, hardworking, and self-aware.

When Matt moved back in with his mom in his early 20s, it was a turning point. He was dealing with personal challenges, and I observed his resilience in rebuilding his life. Later, when a commodities broker, dining at the restaurant where Matt worked, recognized his potential and offered him a job. Matt seized that opportunity and used it to set himself on a new path. It showed me his determination and willingness to step up when given a chance, too.

Matt has always been open and honest. He doesn't hide who he is, and what you see is what you get. Even in his early 20s, he took steps to secure a future for his family, setting up an education account for them. This wasn't something I advised him to do—it was his own decision. That forward-thinking approach spoke volumes about his priorities. Though I've sometimes disagreed with his choices, particularly his gambling, I've come to understand it as an addiction rather than a choice. Matt recognizes this now and is committed to making the necessary changes for his family and himself.

If I were to describe Matt in one sentence, it would be this: He's someone who puts his family first and faces his flaws head-on. Even when he stumbles, he's quick to admit his mistakes and work toward improvement. This current situation is a major roadblock, but I see it as an opportunity for growth. I'm confident that Matt has the character and determination to come out of this stronger and better equipped to contribute positively to his family and community.

Thank you for taking the time to read this letter. I hope it provides some insight into Matt's character and the potential he has to grow from this experience.

Best,
Mark Cooper