# Exhibit "D"

Jennifer Berger, LCSW
31371 Rancho Viejo Rd
Suite 203
949-288-3517
jennbergerlcsw@gmail.com

June 30, 2025

To Whom It May Concern,

Re: Confirmation of Treatment Attendance for Mathew Bowyer

This letter is to confirm that Mathew Bowyer has been receiving outpatient therapy services under my care as a licensed therapist. Mathew began treatment on July 29, 2024 and has attended 23 sessions to date.

The focus of therapy is to support Mathew through a difficult transition period and to address stressors related to legal issues and an upcoming trial. Additionally, therapy is targeting issues related to maladaptive gambling behaviors, with the aim of developing healthier coping mechanisms and addressing underlying factors contributing to this behavior.

Mathew has engaged in therapy in accordance with an individualized treatment plan designed to help him navigate these challenges and promote his overall well-being.

Please note that this letter is provided with the consent of the client and contains only general information to confirm their presence in treatment. Specific details regarding the content of therapy sessions are confidential and will not be disclosed without the client's explicit written consent.

If you have any questions or require further information, please feel free to contact me.

*[Signature]* LCSW88337

Jennifer Berger, LCSW88337