# Exhibit "F"

**Letter of Support for Mathew Bowyer**

Honorable Judge John W. Holcomb

Your Honor,

My name is Daniel Real, and I am the Founder and CEO of Exclaim Recovery. I am writing to you with the utmost respect and sincerity regarding the sentencing of Mathew Bowyer. I worked in the gaming industry for 28-years rising all the way to the C-Suite with Caesars Entertainment. I retired so I could spend some time focusing on my mental and physical health. I have long suffered from a ferocious gambling addiction and decided if I didn't seek help, I would be dead.

A vital part of my recovery journey has been launching my own startup, *Exclaim Recovery*. It's a mission-driven organization through which I've committed to dedicating the rest of my life to helping as many people as possible who are suffering from gambling addiction.

On July 4, 2025, I sent a DM to Matt via Instagram. I believed he had an opportunity to positively influence the lives of millions of young men around the world who are currently struggling with gambling harm.

To my surprise, Matt responded. We shared our personal views on gambling addiction and the best ways to communicate that message. Over the next several days, we continued to communicate…privately, through direct messages, not for public show. I began to see Matt in a different light.

Eventually, I asked if he would be open to sitting down with me for a recorded conversation. I offered to bring a film crew to his home. Without hesitation, he agreed. The interview hasn't been released yet and won't be before sentencing, but we spoke for nearly three hours. Matt answered every single question I posed—no dodging, no exceptions. These weren't easy questions. With three decades of experience in the casino industry, I know the game well and can spot insincerity when I see it. But there was none. The conversation was honest, compelling, and deeply moving. Even the independent video producer, who had never met either of us before, remarked, "That was awesome." It truly was.

Your Honor, no one is denying that Matt broke the law - least of all Matt himself. But I must offer perspective. When I worked at Caesars Entertainment, I was rewarded with large bonuses - sometimes as much as $300,000 to $400,000 a year - for bringing in high-rollers who would lose everything. Yes, it was legal, but let's be honest about what that really was. I profited while others suffered.

Judge Holcomb, with the deepest respect, I ask you to consider an alternative to prison for Matt. What if, instead of being incarcerated and separated from his beautiful family, he was required to speak to college and professional athletes about the dangers of gambling? What if he used his story to educate and prevent future harm? He could speak at schools like UCLA, USC, Cal

Irvine, and UC Santa Barbara, etc. These are places where young people are especially vulnerable in today's gambling landscape.

Our nation is currently undergoing the largest and fastest expansion of legalized gambling in its history. At the same time, illegal casinos across California alone are generating billions of dollars in unregulated revenue. Do we believe Matt's former clients simply stopped gambling? Of course not. They moved on to the next opportunity, the next provider. The machine keeps turning.

Let me be clear: I am not excusing Matt's actions. But after getting to know him as a person and witnessing the love between him and his 4-year-old son, Kingston, as the boy ran into his arms - I felt compelled to write this letter.

Last year alone, over **$200 billion**—yes, with a "B"—was legally gambled and lost in the United States. It's a staggering figure, and a clear sign of just how deeply entrenched gambling is in our culture.

What Matt did was wrong. No one is denying that. But no one was physically harmed, and he has taken full responsibility by pledging to repay the federal government in full. I genuinely believe that Matt has the capacity to contribute more to society by being out in the world educating others, especially young people, than by being locked away in a prison cell.

I would be happy to make myself available for further discussion.

Thank you for your time and attention to this matter.

Sincerely,
Daniel Real
Founder & CEO
Exclaim Recovery
5666 Evelyn Ct.
New Orleans, LA 70124

Dear Honorable Judge Holcomb,

My name is Ricky Stover, and I want to sincerely thank you for taking the time to read this letter.

I am currently facing a federal case related to a gambling addiction that led me down a dark and destructive path. My poor choices have deeply impacted my life, my marriage, and most painfully, my role as a father. This has been the most humbling and traumatic chapter of my life.

In the midst of this struggle, I came across Mathew Bowyer's Instagram account. What I found wasn't the typical curated social media content it was raw, honest, and painfully real. Mathew's willingness to publicly own his mistakes, take accountability, and confront the consequences head on has had a profound impact on me.

His transparency and courage in sharing how his decisions affected his family and how he's fighting every day to become a better man struck a deep chord with me. He doesn't glorify his past. He uses it as a warning and a wake up call. And for someone like me, that mattered.

What impressed me even more was that during a visit to Dallas for his daughter's volleyball tournament, Mathew took time out of his schedule to meet with me in person. We sat and talked for hours two men who made poor choices, trying to make things right. That conversation changed me. It reminded me that accountability isn't weakness it's strength. And redemption isn't about talking, it's about doing the hard, uncomfortable work to change.

Since then, I've been attending Gamblers Anonymous meetings, staying away from destructive behaviors, and focusing on being present for my children. I credit a large part of that shift to Mathew's influence not just his content, but his willingness to walk alongside others who are struggling.

Judge Holcomb, I understand that our justice system is designed to hold people accountable. But I also believe it should recognize those who are using their pain and their past to positively impact others. What Mathew Bowyer is doing may be unconventional but it's working. He is making a difference. Not just in his own life, but in the lives of people like me.

Thank you for your time and consideration. I hope this letter helps you understand just how far reaching and meaningful Mathew's redemption journey has become.


With respect,

Ricky Stover

8:10    5G



Business chat

**Inquire**    **View profile**



Hey Matt I don't know if you remember or know me but I have to say I listen to all your pods and your motivational content and it has made a HUGE impact on myself and I just wanted to personally thank you🙏🙏

Thank you for your kind words I'm happy to help you in anyway I can. I can't say I remember or I know you because I don't know who this is because your profile doesn't show your picture fyi 👊



Oh lol Tim shearan Shannon hatch ex husband haha

Ha ha of course I remember you Tim I grew up with you you're a good man 👊👏

I hope you're doing well been a long time since I've seen you



Yessir. In a sense went to the dark side for a bit but now life is good and I'm not just saying this but your post really really helped me🙏

Well I'm proud of you for overcoming the darkness. Everybody that you know

 Message...       

8:12

<  **noah** ›

MAR 18 AT 9:26PM

Replied to your story



 How do i stop mannn

MAR 18 AT 10:38PM

You can only stop gambling when you're truly ready and YOU want to. I would suggest you seek help whether it's gamblers anonymous or a therapist but at the end of the day until you're really ready to stop you won't stop.

 ❤️

 Thanks for ur words of wisdom

Of course brother you only live one life make it the best. 👏🙏

Seen

 Message...       

8:16

 **MJ**  ›



**MJ** 

▇▇▇▇▇▇

**View profile**

MAR 29 AT 10:04 PM

 You are giving me hope .



MAR 30 AT 8:09 AM

 I am praying for you 🙏 and your family 🙏 my husband gets sentenced in April . It's been an absolute nightmare. Although you are giving so much light & hope . Keeping our faith like we always have in the Lord.

MAR 30 AT 9:44 AM

I'm really sorry to hear that about your husband. Hopefully he'll use this as an opportunity to recalibrate his life as and turn it into a steppingstone to a

Message…

8:31    5G 30

<  **Bob Sambol** >
Active 1h ago       

View profile

MAR 21 AT 7:13 AM

 Proud of you Pal. You have helped me with my addiction.

Thank you my brother. It's not an easy fight we both know the feeling but in the end it will get easier. Great to hear from you I'm glad you're doing great👏👊😀

 I'm trying. Just became a Grandfather. It's hard I've been gambling since I was 11 years old. The Action just keeps trying to lure me in.
Owe $2 million trying to figure it out.

Ironically me too since I was 12. Every day of my life. Over the last 16 months I haven't gambled and it's been hard. I owe $1.6 million in restitution and $9 million to the IRS and state taxes. I no longer have any income and have five children. Believe me Brother I feel you. The 2 million may seem like a lot to you now but with your businesses and your work ethic And skills it'll go by in a jiffy. My suggestion is pay every penny of it and feel it along the way it'll help you stay away from the addiction and keep you on track.   Thats what I'm doing

 Message...      

9:55

< **Ashley Rae** >

View profile

JUL 9 AT 6:39 PM

You mentioned n your story



♥

So just soooo u know I'm not the only one who follows you and inspired by youre story n your positivity push

I was just sharing with my other half n apparently u know each other well ...,, regardless keep being you .,., your positivity n the energy between u n ur wife is captivating ..... always post always smile ...always kmow every second is urs



 Message...     



6:12

**Flora Londre** ›
Active 12m ago



**Flora Londre**

View profile

JUL 6 AT 5:09 PM

Replied to your story



 Listened to your podcast today! You are going to help thousands of people! Your vulnerability & honesty is RARE!

Ty ! That is my goal. Anyway to give back and help someone in need or before they even get to that point. Thank you for reaching out in your kind words. Wishing you and your beautiful family the best

AUG 3 AT 6:45 PM

Message...



6:14

Active 4m ago

**View profile**

JUL 2 AT 9:01 AM

Replied to your story



This couldn't be more true. I'm going through something similar, facing some crazy charges, and your page has been keeping my hopes up and spirit as positive as possible. Thank you

First of all I'm very sorry you're dealing with any extra adversity in life. But run into the fire and dealing with it's only gonna make you stronger. Happy to hear if I could help an inspire in anyway. Every day above ground is a great day. Thank you for reaching out. Wishing you the best. 🙏

Thank you for the inspiration. Best of luck to you too!

Message...



6:17

Active 5m ago

JUL 21 AT 2:04 PM

Replied to your story



I just want to thank you for your
transparency and honesty. This is so
helpful for someone going through
something similar. You give us faith and
optimism

Thank you so much for your kind words
and support. I'm glad that I can inspire
and help you in anyway. Whatever
you're going through I hope it's getting
easier and it shall pass soon. Stay
positive and keep your mindset strong.

💪

❤️

Very very similar to what you're going
through actually. Very public also, which
is why my last name is not shown. Well
my husband is and I am his support
system. So seeing you and your wife
really REALLY touches my heart.
You also stay strong Matt.

 Message...       

6:49

Active 1h ago

Feel your pain brotha! Your posts are very motivating and uplifting durning a very challenging time right now. Stay strong and keep doing what you do because your strength helps others in similar unknown situations! 💪💪

Thank you so much for your kind words brother. It's nice to give back and help people going through similar situations. Appreciate you and hope you're doing well 🙏💪
👍

JUL 25 AT 1:53 PM

Replied to your story



Stay strong brotha! With your strength you got nothing to worry about! 💪💪

You too brother. Our mind is what controls everything. Adversely only makes you stronger. Keep that on your fight as well. Thank you for the support. 🙏

Message...



6:50

< Matthew Se... >
Active now



**Matthew Severson**

View profile

JUL 26 AT 9:00 AM

Replied to your story



You're an inspiration Bro TY

Thank you MATTHEW. I really
appreciate the kind words and reaching
out. Wishing you the best.  

 Message...