Name & Address:
Diane C. Bass, State Bar #155670
Law Office of Diane Bass
5440 Trabuco Road
Irvine, CA 92620

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br> v. | 8:24-CR-080-JWH |
| MATHEW BOWYER <br><br> DEFENDANT(S). | **NOTICE OF MANUAL FILING <br> OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged: **(List Documents)**

Under Seal Document

**Reason:**
- [✓] Under Seal
- [ ] In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Per Court order dated: _____
- [ ] Other:

8/14/2025
Date

Diane Bass
Attorney Name

Mathew Bowyer
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)          NOTICE OF MANUAL FILING OR LODGING