1  Diane C. Bass, SBN 155670
   Law Office of Diane C. Bass
2  A Professional Law Corporation
3  5440 Trabuco Road
   Irvine, California 92620
4  Telephone: 949-494-7011
   Email: diane@dbasslaw.com
5

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8                          SOUTHERN DIVISION

9

10

11 | UNITED STATES OF AMERICA          | Case No.: 8:24-CR-080-JWH
12 |          Plaintiff,                |
13 | vs.                                | **LETTER**
14 | MATHEW BOWYER,                     |
15 |          Defendant                 |

16

17

...

LETTER - 1

Dear Honorable Judge John W. Holcomb,                                                                                                          8/27/25

Please take into consideration this character letter prior to the sentencing of Mathew Bowyer.

I was inspired to reach out to Mathew after hearing him on a radio show about a week ago. I do not know Mathew personally, but after hearing him speak that ONE time, I was moved to reach out to him & you. I am unsure if you often get people taking the time to make the effort to draft a letter on a stranger's behalf, such as this. I do struggle with a brain injury that makes tasks like this one a massive challenger for me, but I find it essential to stress to you the importance of how much I genuinely believe society would be better with Mathew contributing, as opposed to imprisonment.

When I reached out to Mathew, he was entirely polite & patient. Before we ended the call though, Mathew, mentioned that he could hear sadness in my voice, he took the time & made the effort to offer me words of kindness, words of hope. He didn't have to do any of that, especially at such a stressful time in his own life, which confirmed for me that Mathew is likely one of the rare few that is genuine, w/a willingness to connect with & help others.

Your honor, I am someone who is struggling w/immense hardship & have been for many years. Rather than be bitter about society's failures, I use my mind to consider the suffering, the experiences of others & to come up w/solutions to stop the suffering.

I heard this same kind of logic & instinct when Mathew spoke. His words on the radio show, explained that he meant no one any harm, he was making efforts to learn from any past mistakes, making efforts to be better, his mindset was keenly focusing on a positive future, he was, even in his time of stress & anxiety, was being mindful to consider the needs & future of his children, his family. Mathew not only has an awareness about his bad judgment, he recognizes & accepts his actions should not be repeated and has communicated a plan to do meaningful things w/his life. He seems to be the perhaps rare person who doesn't need the system to reform him, as he has the ability to reform himself and has probably punished himself many times over. It sounds as if he has himself already made the internal "corrections", necessary to be better in & for society.

I believe much of society has drifted away from an instinctive compassion. After hearing Mathew speak on the radio show, I believe he has that instinct of compassion. I could hear in his approximately 10 min appearance, words of gratitude, thoughtfulness, consideration, compassion. In my opinion, Mathew is one of the best of us, he is one of the rare few that still has these crucial traits that modern day society is so lacking, these traits should be highly valued in our society, these traits should not be wasted sitting in a prison, these traits should be out in the world, doing good & bettering society.

I heard Mathew say he has been experiencing a great deal of anxiety & loss of sleep over the idea of going to prison. I would like to see Mathew get to stay w/his family. These are crucial formative years for his teens and his tot. More reasons it's better for society to have Mathew at home w/his family guiding & modeling his thoughtful, considerate behaviors in real time. As humans we all do make mistakes, but Mathew is, in this process, modeling for his children, how to be honorable & honest, do better, when those mistakes happen.

Your honor, I believe that if he is put in a prison, even for one day, it would be a waste of all the goodness he could've been out doing in the world. Here's an opportunity w/Mathew, to keep someone focused on doing good, in society moving us all in the right direction.

When I heard Mathew on the radio show it seemed to me this family needed help.

To further elaborate as to how Mathew is worthy of leniency. People like me that are struggling & suffering, we need people like Mathew being a light in the darkness. I implore your honor, consider this sentencing an opportunity to better society by leaving Mathew free in society to be that light for others.

There are some of us though that it is our instinct to be kind, to care, to help others. I believe Mathew to be one of those people. And based on my personal experiences in recent years w/family, neighbors, strangers, social media, it's a massive challenge to find these rare people that genuinely care about others & do so effortlessly & willingly.

In recent years I have all but lost hope in humanity. People like Mathew restore my faith. When I heard Mathew on the radio talking about accountability, being so thoughtful & considerate of others, for me it was absolutely refreshing & w/that, he, his words, his actions, has helped to restore some of my faith in humanity.

I very much appreciate you taking the time & making the effort to read this.

*J. Cook*