UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.   8:24-cr-00080-JWH                                           Date: August 29, 2025

Present: The Honorable:   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter   Not Present

| Clarissa Lara | Sharon Seffens | Kristen A. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Bond | Custody | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mathew Bowyer | X | X | | Diane C. Bass | X | | X |

**Proceedings: SENTENCING**

Counsel state their appearances.

Sentencing hearing held. See separate Judgment and Commitment Order.

cc:   USPPO

Initials of Deputy Clerk     1:24
                             cla