

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:      Chief Deputy/Fiscal

**Re:**    Verification of Surrender to Bureau of Prisons or Report to United States Probation

Case Number:  __8:24−cr−00080−JWH__
Defendant's Name:  __Mathew R Bowyer__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __10/10/2025__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __12/31/2025__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

 __January 13, 2026__                       By  _____/s/ *Yvette Louis*_____
 Date                                                      Deputy Clerk

CR−86 (11/08)                              VERIFICATION OF SURRENDER